UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TOWER HILL SIGNATURE
INSURANCE COMPANY a/s/o
MICHAEL BURKHART and
DEANNA BURKHART,

    Plaintiffs,

v.                          Case No:   2:23-cv-861-SPC-NPM

RHEEM MANUFACTURING
COMPANY, a foreign
corporation, BACKER ALPE, a
foreign corporation, and HOME
DEPOT USA, INC., a foreign
corporation,

    Defendants.

## ORDER

Before the Court is Defendant Backer Alpe's Motion to Dismiss Counts Three and Four of Plaintiff's First Amended Complaint. (Doc. 13). Although Plaintiff Tower Hill Signature Insurance Company opposes the Motion, it counter-moves for leave to amend the Complaint. (Doc. 18). Because Defendant does not oppose Plaintiff's request to amend, the Court will allow the amendment.

Accordingly, it is now

**ORDERED:**

1. Plaintiff Tower Hill Signature Insurance Company's Counter-Motion for Leave to Amend (Doc. 18) is **GRANTED**. The Clerk is **DIRECTED** file the Second Amended Complaint (Doc. 18-1).

2. Defendant Backer Alpe's Motion to Dismiss Counts Three and Four of Plaintiff's First Amended Complaint (Doc. 13) is **DENIED as moot.**

**DONE and ORDERED** in Fort Myers, Florida on November 8, 2023.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:   All Parties of Record